RAFFAELE CICCONE, Respondent, v. ALFRED D. FAY, Appellant.— Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

NICHOLAS DALESANDRO, Respondent, v. CHRISTOPHER MEHLING and Others, Defendants, Impleaded with WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Order modified so as to require particulars of want of probable cause, but not as to malice; and demands numbered 1, 2, 3 and 4 are restricted to acts which plaintiff relies on to show want of probable cause. As thus modified the order is affirmed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

LOUIS ENGEL, Respondent, v. HENRY DOSCHER and Others, as Executors, etc., Appellants, Impleaded with BARBARA LAUER and Others.— Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

FREDERICK W. FIELDING, Respondent, v. ROBERT L. BEECHER, Appellant. — Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

JACOB GELLMAN, Respondent, v. CAMELLA SPINA, Appellant.— Judgment of the County Court of Queens county unanimously affirmed, with costs. The agreement of October 23, 1919, signed by the defendant, on which plaintiff then made a $50 deposit, created a complete obligation, binding upon both the vendor and vendee, which is properly enforced by a judgment for specific performance. (*Miller* v. *Tuck*, 95 App. Div. 134; *Tobias* v. *Lynch*, 192 id. 54.) Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

MEYER GREENBERG, Appellant, v. CHARLES PRESSLER, Respondent.— Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

BESSIE H. KELLER, Appellant, v. R. SIMPSON & COMPANY, INC., Respondent.— Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

MODESTO IORIO, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.—Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

JACOB JACOBS, Respondent, v. MARY FORMAN, Appellant.—Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.